1  Melissa C. Brown (State Bar No. 110292)
   COMMUNITY LEGAL SERVICES
2  McGEORGE SCHOOL OF LAW
   3200 Fifth Ave.
3  Sacramento, CA 95817
   (916) 739-7378
4  mbrown1@pacific.edu

5  Alice Bers *(pro hac vice)*
   Justin Lalor *(pro hac vice)*
6  CENTER FOR MEDICARE ADVOCACY
   P.O. Box 350
7  Willimantic, CT 06226
   (860) 456-7790
8  abers@medicareadvocacy.org
   jlalor@medicareadvocacy.org
9
   Attorneys for Plaintiffs
10
   PHILLIP A. TALBERT
11 United States Attorney
   JOSEPH B. FRUEH
12 Assistant United States Attorney
   501 I Street, Suite 10-100
13 Sacramento, CA 95814
   E-mail:        joseph.frueh@usdoj.gov
14 Telephone:     (916) 554-2702
   Facsimile:     (916) 554-2900
15
   Attorneys for Defendant

16

17                          UNITED STATES DISTRICT COURT

18                          EASTERN DISTRICT OF CALIFORNIA

19

20

| | |
|---|---|
| GEORGE BEITZEL, KATHERINE KRAIG, and SHARON GOLDSTEIN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services,<br><br>　　　　Defendant. | Case No. 2:23-cv-01932-WBS-DB<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFF KATHERINE KRAIG** |

**[PROPOSED] ORDER**

Before the Court is the parties' Stipulation regarding Plaintiff Katherine Kraig in light of the Court's Order Denying Motion to Proceed with Partial Anonymity (ECF No. 23). After due consideration, the Stipulation is APPROVED and:

1) Plaintiff Katherine Kraig shall be referred to by her actual name in all future filings;

2) Any reference to Plaintiff "K.K." in all previous filings shall be understood to refer to Katherine Kraig; and

3) It is further ORDERED that the Clerk will amend the caption of this case in the CM/ECF system to reflect the actual name of Plaintiff Katherine Kraig.

IT IS SO ORDERED.

Dated:  January 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE