Melissa C. Brown (State Bar No. 110292)
COMMUNITY LEGAL SERVICES
McGEORGE SCHOOL OF LAW
3200 Fifth Ave.
Sacramento, CA 95817
(916) 739-7378
mbrown1@pacific.edu

Alice Bers (*pro hac vice*)
Justin Lalor (*pro hac vice*)
CENTER FOR MEDICARE ADVOCACY
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790
abers@medicareadvocacy.org
jlalor@medicareadvocacy.org

Attorneys for Plaintiffs

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BEITZEL, KATHERINE KRAIG, and SHARON GOLDSTEIN, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>          v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services,<br><br>                     Defendant. | Case No. 2:23-cv-01932-WBS-DB<br><br>**STIPULATION AND ORDER FOR (1) STAYING BRIEFING ON PLAINTIFFS' MOTION TO CERTIFY CLASS (ECF 27); AND (2) SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS (ECF 29)** |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that:

(1) briefing on Plaintiffs' Motion to Certify Class (ECF 27) shall be stayed until after resolution of Defendant's Motion to Dismiss (ECF 29); and

(2) Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be filed on or before February 16, 2024, and Defendant's Reply shall be filed on or before March 1, 2024.

In support of their stipulation and proposed order, the parties respectfully submit that, to further the orderly and efficient administration of this case, *see* Fed. R. Civ. P. 1, Defendant's Motion to Dismiss should be resolved before briefing and a decision on Plaintiffs' Motion to Certify Class. The parties also met and conferred to determine a workable briefing schedule on the Motion to Dismiss, given deadlines and events in other matters.

Dated: February 2, 2024              Respectfully submitted,

CENTER FOR MEDICARE ADVOCACY

By:   /s/ *Alice Bers*   (authorized 2/2/2024)
      ALICE BERS

Attorneys for Plaintiffs

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Joseph B. Frueh*
      JOSEPH B. FRUEH
      Assistant United States Attorney

Attorneys for Defendant
XAVIER BECERRA
Secretary of Health and Human Services

**IT IS SO ORDERED.**

Dated: February 2, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE