Melissa C. Brown (SBN 110292)
COMMUNITY LEGAL SERVICES
McGEORGE SCHOOL OF LAW
3200 Fifth Ave.
Sacramento, CA 95817
(916) 739-7378
mbrown1@pacific.edu

Alice Bers *(pro hac vice)*
Justin Lalor *(pro hac vice)*
CENTER FOR MEDICARE ADVOCACY
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790
abers@medicareadvocacy.org
jlalor@medicareadvocacy.org

Attorneys for Plaintiffs

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Email: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BEITZEL, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services,<br><br>Defendant. | No. 2:23-cv-01932-WBS-DB<br><br>**STIPULATION, UNOPPOSED MOTION, AND ORDER FOR ENTRY OF JUDGMENT** |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties,

1   through their respective counsel of record, that it is appropriate for the Court to enter judgment in
2   this action in favor of the Defendant, Secretary of Health and Human Services.
3   　　　　On April 22, 2024, the Court entered its Order and Memorandum Granting the
4   Defendant's Motion to Dismiss the First Amended Complaint, with leave for Plaintiffs to file an
5   amended complaint consistent with the Order within 20 days (Docket No. 35 at 11). The 20-day
6   period has since elapsed and Plaintiffs have not filed and do not elect to file an amended
7   complaint. Based on these circumstances, Plaintiffs respectfully submit that judgment in favor of
8   the Defendant, Secretary of Health and Human Services, is appropriate. *See WMX Techs., Inc. v.*
9   *Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (requiring further district court
10  determination before plaintiff who had been given leave to amend complaint could appeal); *see*
11  *also Unified Data Servs., LLC v. FTC*, 39 F.4th 1200, 1206-07 (9th Cir. 2022) (*WMX*
12  *Technologies* reaffirmed that plaintiff given leave to amend should alert district court of intent to
13  rest on complaint; appealable final order may then be entered); Fed. R. Civ. P. 58(b)(1)(C) (entry
14  of judgment when all relief has been denied).
15  　　　　Undersigned counsel for Plaintiffs contacted Defendant's counsel who does not oppose
16  this request for entry of judgment.

17  DATED: May 22, 2024　　　　　　　Respectfully submitted,

18  　　　　　　　　　　　　　By:　　*/s/Alice Bers*
　　　　　　　　　　　　　　　　　　Alice Bers *(pro hac vice)*
19  　　　　　　　　　　　　　　　　　　Justin Lalor *(pro hac vice)*
　　　　　　　　　　　　　　　　　　CENTER FOR MEDICARE ADVOCACY
20
　　　　　　　　　　　　　　　　　　Melissa C. Brown (SBN 110292)
21  　　　　　　　　　　　　　　　　　　COMMUNITY LEGAL SERVICES
　　　　　　　　　　　　　　　　　　McGEORGE SCHOOL OF LAW
22
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
23

24  　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney
25
　　　　　　　　　　　　　By:　　*/s/ Joseph B. Frueh*　　(authorized 5/22/2024)
26  　　　　　　　　　　　　　　　　　　JOSEPH B. FRUEH
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
27
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
28  　　　　　　　　　　　　　　　　　　XAVIER BECERRA

　　　　　　　　　　　　　　　　　　2　　　　　　　　　　Stip. & P.O. for Entry of Judgment

Secretary of Health and Human Services

**ORDER**

This Court considered Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint and filed its ruling on April 22, 2024, granting Defendant's motion (Docket No. 35). The Order granted Plaintiffs 20 days' leave to amend. The time for Plaintiffs to file an amended complaint has since expired and Plaintiffs filed the present application stating they do not elect to file an amended complaint. For these reasons and pursuant to the parties' foregoing stipulation and unopposed motion, IT IS HEREBY ORDERED that the decision granting Defendant's motion to dismiss is final and appealable and judgment shall be entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated:  May 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE