UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**GEORGE BEITZEL, ET AL.,**

CASE NO: **2:23–CV–01932–WBS–DB**

v.

**XAVIER BECERRA,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/24/24**

**Keith Holland**
Clerk of Court

ENTERED: **May 24, 2024**

by: /s/ V. Licea Chavez
Deputy Clerk