Melissa C. Brown (State Bar No. 110292)
COMMUNITY LEGAL SERVICES
McGEORGE SCHOOL OF LAW
3200 Fifth Ave.
Sacramento, CA 95817
(916) 739-7378
mbrown1@pacific.edu

Alice Bers (*pro hac vice*)
Justin Lalor (*pro hac vice*)
CENTER FOR MEDICARE ADVOCACY
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790
abers@medicareadvocacy.org
jlalor@medicareadvocacy.org

Attorneys for Plaintiffs

ERIC GRANT
United States Attorney
JOSEPH FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BEITZEL, KATHERINE KRAIG, and SHARON GOLDSTEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR.,[1] Secretary of Health and Human Services,<br><br>Defendant. | Case No. 2:23-cv-01932-WBS-SCR<br><br>**STIPULATION AND ORDER FOR CONTINUING STATUS CONFERENCE AND JOINT STATUS REPORT (ECF 43)** |

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary Kennedy is substituted in place of the former Secretary.

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that (1) the Status Conference currently scheduled in this matter for October 6, 2025, shall be continued to **October 20, 2025, at 1:30 p.m**.; and (2) the Joint Status Report currently due to be filed no later than September 22, 2025, shall be filed no later than **October 6, 2025**. *See* ECF 43.

The parties respectfully request this continuance to accommodate a jury trial that Defendant's counsel has during the currently scheduled dates, and to allow additional time for the parties to meet and confer regarding the substance of their Joint Status Report.

Dated: August 20, 2025

Respectfully submitted,

CENTER FOR MEDICARE ADVOCACY

By:   /s/ *Alice Bers*   (authorized 8/20/2025)
ALICE BERS

Attorneys for Plaintiffs

ERIC GRANT
United States Attorney

By:   /s/ *Joseph Frueh*
JOSEPH FRUEH
Assistant United States Attorney

Attorneys for Defendant
ROBERT F. KENNEDY, JR.
Secretary of Health and Human Services

**IT IS SO ORDERED**

Dated: August 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE