Melissa C. Brown (State Bar No. 110292)
COMMUNITY LEGAL SERVICES
McGEORGE SCHOOL OF LAW
3200 Fifth Ave.
Sacramento, CA 95817
(916) 739-7378
mbrown1@pacific.edu

Alice Bers (*pro hac vice*)
Justin Lalor (*pro hac vice*)
David Lipschutz (State Bar No. 203212)
CENTER FOR MEDICARE ADVOCACY
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790
abers@medicareadvocacy.org
jlalor@medicareadvocacy.org
dlipschutz@medicareadvocacy.org

Attorneys for Plaintiffs

ERIC GRANT
United States Attorney
JOSEPH FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:     joseph.frueh@usdoj.gov
Telephone:  (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BEITZEL, KATHERINE KRAIG, and SHARON GOLDSTEIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR.,[1] Secretary of Health and Human Services,<br><br>    Defendant. | No. 2:23-cv-01932-WBS-SCR<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary Kennedy is substituted in place of the former Secretary.

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that a settlement conference shall be scheduled in this matter before the Honorable Sean C. Riordan. Judge Riordan's chambers has confirmed his availability for a settlement conference on December 12, 2025, at 10:00 a.m., via Zoom.

Dated: October 6, 2025

Respectfully submitted,

CENTER FOR MEDICARE ADVOCACY

By: */s/ Alice Bers*
ALICE BERS
JUSTIN LALOR
DAVID LIPSCHUTZ

Attorneys for Plaintiffs

ERIC GRANT
United States Attorney

By: */s/ Joseph Frueh*   (authorized 10/3/2025)
JOSEPH FRUEH
Assistant United States Attorney

Attorneys for Defendant
ROBERT F. KENNEDY, JR.
Secretary of Health and Human Services

**IT IS SO ORDERED:**

1. A settlement conference shall be scheduled in this matter before the Honorable Sean C. Riordan on **December 12, 2025, at 10:00 a.m**., via Zoom.

2. The Status Conference re Ninth Circuit Mandate is continued to **February 23, 2026 at 1:30 p.m.** A further joint status report shall be filed no later than **February 9, 2026** if the case has not settled and dismissed by that date.

DATED: October 6, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE