

# United States District Court
# Eastern District of California

| George Beitzel et al. |
|---|
| Plaintiff(s) |

V.

| Robert F. Kennedy, Jr. |
|---|
| Defendant(s) |

Case Number: 2:23-cv-01932-WBS-SCR

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Joshua H. Norris hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff George Beitzel et al.

On 05/28/2002 (date), I was admitted to practice and presently in good standing in the State Bar of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/02/2025

Signature of Applicant: /s/ Joshua H. Norris

**Pro Hac Vice Attorney**

Applicant's Name: Joshua H. Norris

Law Firm Name: Law Office of Joshua H. Norris, LLC

Address: 1 West Court Square

Suite 750

City: Decatur   State: GA   Zip: 30030

Phone Number w/Area Code: (404) 867-6188

City and State of Residence: Avondale Estates, Georgia

Primary E-mail Address: josh.norris@childrenshealthlaw.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David A. Lipschutz

Law Firm Name: Center for Medicare Advocacy

Address: 11 Ledgebrook Drive

City: Mansfield Center   State: CT   Zip: 06250

Phone Number w/Area Code: (202) 293-5760   Bar #: 203212

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 2, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE