|   |   |
|---|---|
| 1 | Melissa C. Brown (State Bar No. 110292) |
|   | COMMUNITY LEGAL SERVICES |
| 2 | McGEORGE SCHOOL OF LAW |
|   | 3200 Fifth Ave. |
| 3 | Sacramento, CA 95817 |
|   | (916) 739-7378 |
| 4 | mbrown1@pacific.edu |

Joshua Norris *(pro hac vice)*
Justin Lalor *(pro hac vice)*
David Lipschutz (State Bar No. 203212)
CENTER FOR MEDICARE ADVOCACY
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790
jnorris@medicareadvocacy.org
jlalor@medicareadvocacy.org
dlipschutz@medicareadvocacy.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEORGE BEITZEL, KATHERINE KRAIG, and SHARON GOLDSTEIN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

    v.

ROBERT F. KENNEDY JR., Secretary of Health and Human Services,

    Defendant.

Case No. 2:23-cv-01932-WBS-SCR

**NOTICE OF SUBMISSION OF SECOND CONFIDENTIAL SETTLEMENT STATEMENT**

Pursuant to Local Rule 270 and in anticipation of the settlement conference scheduled for February 19, 2026, Plaintiffs submit this Notice of Submission of Second Confidential Settlement Statement.

DATED: February 18, 2026               Respectfully submitted,

                              By:    */s/ Josh Norris*
                                      Joshua Norris *(pro hac vice)*
                                      Justin Lalor *(pro hac vice)*
                                      David Lipschutz (SBN 203212)

| | |
|---|---|
| 1 | CENTER FOR MEDICARE ADVOCACY |
| | P.O. Box 350 |
| 2 | Willimantic, CT 06226 |
| | (860) 456-7790 |
| 3 | jnorris@medicareadvocacy.org |
| | jlalor@medicareadvocacy.org |
| 4 | dlipschutz@medicareadvocacy.org |
| 5 | Melissa C. Brown (SBN 110292) |
| | COMMUNITY LEGAL SERVICES |
| 6 | McGEORGE SCHOOL OF LAW |
| | 3200 Fifth Ave. |
| 7 | Sacramento, CA 95817 |
| | (916) 739-7378 |
| 8 | mbrown1@pacific.edu |
| 9 | Attorneys for Plaintiffs |